# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

Stephen J. Markman,
Chief Justice

155376

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC:  155376
                                        COA:  335657

DWAIN ALLEN CARROLL,
      Defendant-Appellant.
                                        Monroe CC:  11-038798-FC

_____/

      On order of the Court, the application for leave to appeal the January 6, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0723

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



                        Clerk